UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-9830 CAS (MANx) | | Date | January 31, 2012 |
|---|---|---|---|---|
| Title | *CALIFORNIA MEDICAL TRANSPORTATION ASSOCIATION; ET AL.V. TOBY DOUGLAS; ET AL.* | | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE M. JEANG | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**  (In Chambers:) ORDER TO SHOW CAUSE RE: SCOPE OF PRELIMINARY INJUNCTION

At oral argument in the related case <u>California Medical Association v. Douglas</u>, No. CV 11-9688 CAS (MANx), the Director argued that the Court cannot enjoin the Director from implementing the challenged rate reduction because such an injunction would violate California's Eleventh Amendment immunity.  The Court hereby orders plaintiffs to SHOW CAUSE in no greater than five pages on or before February 6, 2012, why the preliminary injunction entered on January 10, 2012, should not be modified to exclude reimbursements not yet paid by the Director for services provided between June 1, 2011, and January 10, 2012.

IT IS SO ORDERED.

_____   :   _____

Initials of Preparer      SMOM